FILED'06 JUL 31 11:32USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THEODORE C. LANGE,

        Plaintiff,        Civil No. 05-3054-TC

        v.               ORDER

GALE NORTON, Secretary of
the Interior,

        Defendant.

COFFIN, Magistrate Judge.

    Plaintiff filed this action alleging violations of the Age Discrimination Act, 29 U.S.C. §§ 621, et seq., and now moves for summary judgment (#21).

    Summary judgment is proper if "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R.

1 - ORDER

Civ. P. 56 (c); see also, Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986).

In order to prevail on an age discrimination claim, plaintiff must establish, inter alia, that he was satisfactorily performing his job. See, O'Connor v. Consolidated Coin Caterers Corp, 517 U.S. 308, 312-13 (1986).

The record before the court establishes that a genuine issue of material facts exists as to whether plaintiff was adequately performing his job prior to the job reassignment giving rise to his claims herein.

Plaintiff's Motion for Summary Judgment (#21) is denied.

DATED this 31 day of July, 2006.

Thomas M. Coffin
United States Magistrate Judge

2 - ORDER